

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rontrell Shelton Young,

Vs. No. 11-16-00325-CR

The State of Texas,

\* From the 35th District Court
of Brown County
Trial Court No. CR24131.

\* October 25, 2018

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Gray, C.J., sitting by assignment,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.